**[EXHIBIT A]**

UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2018
```

-----------------------------------------------------------------------

FERNANDO BARRALES MORENO,
on behalf of himself, and others similarly situated

                              Plaintiff,

                                                                                 **STIPULATION OF**

                                                                                   **DISCONTINUANCE WITH**

                                                                                        **PREJUDICE**

-against-

                                                               Civil Action No.: 17-CV-8392

165 BLEECKER CATERER'S INC., doing business as
FIORE'S PIZZA, located at 165 Bleecker Street,
New York, New York 10012, and STEPHEN
CUNNINGHAM, individually

                              Defendants.

-----------------------------------------------------------------------

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant through their respective undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the claims in the above entitled action be, and the same hereby are discontinued with prejudice as against Defendants without an award of fees or costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

CARLINSKY, DUNN & PASQUARIELLO, PLLC *ATTORNEYS FOR DEFENDANTS*

By: _____

MITCHELL CARLINSKY, ESQ.

Dated: 12/20/18

PETER COOPER *ATTORNEY FOR PLAINTIFF*

By: _____

PETER COOPER, ESQ.

Dated: Dec. 20, 2018

SO ORDERED.
Approved pursuant to Cheeks,
796 F.3d 199 (2d Cir. 2015), cert.
denied, 136 S. Ct. 824 (2016)

Katharine H Parker
12.20.18